# DOCUMENT REMOVED

-

# FILED IN WRONG CASE